IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROGER FRANKLIN TURNER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

16-cv-384-wmc

v.

DUANE M. WALDERA, GERALD FOX and
BLK RVR FLS MEMORIAL HOSPITAL

    Defendants.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting Gerald Fox's motion to dismiss; granting Duane Waldera and Black River Falls Memorial Hospital's motions for judgment on the pleadings and dismissing this case.

| /s/ | 12/1/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |